UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTHA GRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　Defendants. | 1:23-cv-01285-GSA (PC)<br><br>**ORDER TO SUBMIT NEW, COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE**<br><br>**DEADLINE: <u>OCTOBER 2, 2023</u>** |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On August 28, 2023, Plaintiff filed the Complaint commencing this action, together with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (ECF Nos. 1, 2.) The application to proceed *in forma pauperis* is incomplete. Plaintiff has only submitted one page of the application. Plaintiff is granted an opportunity to submit a new, complete application to the Court.

Accordingly, **IT IS HEREBY ORDERED** that:

<u>**On or before October 2, 2023**</u>, plaintiff is required to submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

　Dated:　**August 30, 2023**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE