UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTHA GRAY,<br><br>       Plaintiff,<br><br>   v.<br><br>KATHLEEN ALLISON, et al.,<br><br>       Defendants. | No. 1:23-cv-01285 GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-LABEL ORDER ISSUED SEPTEMBER 18, 2025, SO THAT THE DOCKET ENTRY ACCURATELY REFLECTS THE CONTENTS OF THE ORDER<br><br>(ECF No. 11) |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff has paid the filing fee. See 10/6/23 docket entry. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

For the reasons stated below, the Court will direct the Clerk of Court to re-label its order issued on September 18, 2025, which is entitled "Screening Order" (see ECF No. 11) so that the docket entry accurately reflects the contents of the order.

I.   RELEVANT FACTS

On May 9, 2025, the Court ordered Plaintiff to file a non-prisoner in forma pauperis application. ECF No. 10. On September 18, 2025, after realizing that Plaintiff had previously paid the filing fee in full, the Court issued an order that vacated its May 9, 2025, order. See ECF

1

No. 11. Unfortunately, the September 18, 2025, order was entitled "Screening Order." See id. at 1.

II.  DISCUSSION

In light of the above, the description of the September 18, 2025, order must be changed so that its contents are accurately reflected on the docket.  To this end, the Court will direct the Clerk of Court to re-title the docket entry at ECF No. 11 so that it simply reads, "Order Vacating Order Directing Plaintiff to File Non-Prisoner In Forma Pauperis Application."

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall RE-LABEL the Court's order issued September 18, 2025 (ECF No. 11) so that it reads, "Order Vacating Order Directing Plaintiff to File Non-Prisoner In Forma Pauperis Application."

**The Court will screen Plaintiff's complaint in due course.**

IT IS SO ORDERED.

Dated:  **September 23, 2025**              **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

2