# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTHA GRAY,<br><br>            Plaintiff,<br><br>    v.<br><br>ALLISON, *et al.*,<br><br>            Defendants. | No. 1:23-cv-01285-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(Doc. 16) |

Otha Gray is a former state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 15, 2025, the assigned magistrate judge issued a screening order granting Plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within 30 days. (Doc. 14.) The Court warned Plaintiff that failure to comply with the order would result in a recommendation for dismissal of this action with prejudice.  (*Id.*)  Plaintiff did not file an amended complaint or otherwise communicate with the Court.

On December 1, 2025, the magistrate Judge issued findings and recommendations recommending dismissal of this action, with prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915A, failure to obey a court order, and failure to prosecute.  (Doc. 16.)  The Court served the findings and recommendations on Plaintiff notified him that any objections were due

in 14 days. (*Id.* at 10.) The Court also warned Plaintiff that "failure to file objections within the specified time may result in the waiver of the right to challenge the magistrate's factual findings on appeal." (*Id*. at 10 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff has not filed objections or otherwise communicated with the Court, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on December 1, 2025, (Doc. 16), are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, with prejudice, due to Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __December 31, 2025__   _____
UNITED STATES DISTRICT JUDGE

2